Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  21−15529−VFP
                               Chapter:  13
                               Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Pinho
   134 Orchard Street
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−1955

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:                   September 2, 2021
Time:                 10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*16* − Motion to Impose Automatic Stay Filed by John Richard Voorhees III on behalf of Maria Pinho. (Attachments: # 1 Certificate of Service) (Voorhees, John)

and transact such other business as may properly come before the meeting.

Dated: August 11, 2021
JAN: mcp

                                                                                                                 Jeanne Naughton
                                                                                                                 Clerk