UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maria Pinho

Debtor.

| | |
|---|---|
| Case Number: | 21-15529 |
| Hearing Date: | September 2, 2021 |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 3, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been presented to the Court by John Richard Voorhees III and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*