Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15529−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Pinho
   134 Orchard Street
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−1955

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/6/21 and a confirmation hearing on such Plan has been scheduled for 1/20/22.

The debtor filed a Modified Plan on 1/13/22 and a confirmation hearing on the Modified Plan is scheduled for 2/17/22 @ 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 13, 2022
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Maria Pinho  
    Debtor

Case No. 21-15529-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 13, 2022      Form ID: 186      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Pinho, 134 Orchard Street, Garfield, NJ 07026-2714 |
| aty | + | Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 519256185 | + | Bergen County Special Civil Court, 10 Main Street, Room 427, Hackensack, NJ 07601-7069 |
| 519260346 | + | DLJ Mortgage Capital, Inc, RASC, PLLC, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 519306734 | + | DLJ Mortgage Capital, Inc, 9990 Richmond Ave. Suite 400 South Attn:, Houston, TX 77042-4546 |
| 519256187 | | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 519256191 | | Simons Agency Inc, 4663 Wintersweet Drive, Liverpool, NY 13088 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 13 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 13 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519261589 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 20:50:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519289160 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 13 2022 20:46:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 519256186 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2022 20:46:00 | Midland Funding LLC, 350 Camino De La Reina #100, San Diego, CA 92108-3007 |
| 519256188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2022 20:50:04 | Portfolio Recovery Assoc LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 519256187 | | Email/PDF: ebnotices@pnmac.com | Jan 13 2022 21:00:34 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 519299879 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 20:50:05 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519256189 | | Email/Text: bkteam@selenefinance.com | Jan 13 2022 20:46:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 519256190 | | Email/Text: bkteam@selenefinance.com | Jan 13 2022 20:46:00 | Selene Finance LP, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 519256192 | | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 20:50:15 | Synchrony Bank/JCP, Po Box 965002, Orlando, FL 32896-5002 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | DLJ Mortgage Capital, Inc, RASC, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Richard Voorhees, III | on behalf of Debtor Maria Pinho bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor DLJ Mortgage Capital Inc sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5