Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 21−15529−VFP
                         Chapter: 13
                         Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Pinho
   134 Orchard Street
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−1955

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 23, 2022.

Dated: February 23, 2022
JAN: mcp

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 21-15529-VFP

Maria Pinho                                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                      Page 1 of 2
Date Rcvd: Feb 23, 2022                     Form ID: plncf13                                Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Pinho, 134 Orchard Street, Garfield, NJ 07026-2714 |
| aty | + | Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 519256185 | + | Bergen County Special Civil Court, 10 Main Street, Room 427, Hackensack, NJ 07601-7069 |
| 519260346 | + | DLJ Mortgage Capital, Inc, RASC, PLLC, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 519306734 | + | DLJ Mortgage Capital, Inc, 9990 Richmond Ave. Suite 400 South Attn:, Houston, TX 77042-4546 |
| 519256191 | | Simons Agency Inc, 4663 Wintersweet Drive, Liverpool, NY 13088 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2022 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2022 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519261589 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:51 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519289160 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 23 2022 20:56:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 519256186 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2022 20:57:00 | Midland Funding LLC, 350 Camino De La Reina #100, San Diego, CA 92108-3007 |
| 519256188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2022 21:03:50 | Portfolio Recovery Assoc LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 519256187 | | Email/PDF: ebnotices@pnmac.com | Feb 23 2022 21:04:06 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 519299879 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 21:03:20 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519256189 | | Email/Text: bkteam@selenefinance.com | Feb 23 2022 20:57:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 519256190 | | Email/Text: bkteam@selenefinance.com | Feb 23 2022 20:57:00 | Selene Finance LP, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 519256192 | | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 21:03:47 | Synchrony Bank/JCP, Po Box 965002, Orlando, FL 32896-5002 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | DLJ Mortgage Capital, Inc, RASC, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Richard Voorhees, III | on behalf of Debtor Maria Pinho bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor DLJ Mortgage Capital  Inc sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7