UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Community Loan Servicing, LLC, a Delaware Limited Liability Company

In Re:
    Maria Pinho

Debtor.

Order Filed on April 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-15529 VFP

Adv. No.:

Hearing Date: n/a

Judge: Vincent F. Papalia

## CONSENT ORDER CURING POST-PETITION ARREARS

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: April 6, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Maria Pinho
Case No: 21-15529 VFP
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Community Loan Servicing, LLC, a Delaware Limited Liability Company, holder of a mortgage on real property located at 134 Orchard Street, Garfield, NJ, 07026, Denise Carlon, Esq. appearing, upon a consent order curing post-petition arrears, and this Court having considered the representations of attorneys for Secured Creditor and John Richard Voorhees, III, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 17, 2022, Debtor is due for the payments due July 2021 through March 2022 for a total post-petition default of $3,394.80 ( 9 @ $377.20); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,394.80 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2022, directly to Secured Creditor, Community Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

I hereby agree and consent to the above terms and conditions:                    Dated: 3/23/2022

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:                    Dated: 3/23/2022

*/s/ John R. Voorhees, Esq.*
JOHN RICHARD VOORHEES III, ESQ., ATTORNEY FOR DEBTOR