UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor DLJ Mortgage Capital, Inc.

In Re:

Maria Pinho

Debtor

Case No.:        21-15529

Adversary No.:   _____

Chapter:         13

Judge:           Vincent F. Papalia

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    DLJ Mortgage Capital, Inc.
(Example: John Smith, creditor)

    Old address:    Selene Finance LP
                           9990 Richmond Ave. Suite 400
                           Attn: BK Dept
                           Houston, TX 77042

    New address:   (Notices & Payments)
                           Selene Finance LP
                           Attn: BK Dept
                           3501 Olympus Blvd, Suite 500
                           Dallas, TX 75019

    New phone no.:
    (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   _06/20/2022_____        __/s/Aleisha C Jennings_____
                                                                          Signature

*rev.2/1/16*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 22, 2022 I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Maria Pinho
134 Orchard Street
Garfield, NJ 07026

And via electronic mail to:

John Richard Voorhees, III
Patel, Soltis, & Cardenas LLC
1 Broad St
07728
Freehold, NJ 07728

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Franklin Garcia

*rev.2/1/16*