### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY
### NEWARK DIVISION

IN RE:

                                                     **CASE NO.: 21-15529**
                                                              **CHAPTER 13**

Maria Pinho,
   Debtor.

_____/

## REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

### ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
### 130 CLINTON RD #202
### FAIRFIELD, NJ 7004

                                            Robertson, Anschutz, Schneid, Crane &
                                            Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            130 Clinton Rd #202
                                            Fairfield, NJ 7004
                                            Telephone: 470-321-7112

                                            By: /s/Sindi Mncina
                                               Sindi Mncina
                                               Email: smncina@raslg.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on July 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIA PINHO
134 ORCHARD STREET
GARFIELD, NJ 07026

And via electronic mail to:

JOHN RICHARD VOORHEES, III
PATEL, SOLTIS, & CARDENAS LLC
1 BROAD ST
07728
FREEHOLD, NJ 07728

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr