UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                                         CASE NO.: 21-15529-VFP
                                                                                                                    CHAPTER 13

**Maria Pinho,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                                   Authorized Agent for Secured Creditor
                                                                   130 Clinton Rd #202
                                                                   Fairfield, NJ 07004
                                                                   Telephone: 470-321-7112

                                                                   By: /s/Harold Kaplan
                                                                     Harold Kaplan
                                                                     Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on July 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIA PINHO
134 ORCHARD STREET
GARFIELD, NJ 07026

And via electronic mail to:

PATEL, SOLTIS, & CARDENAS LLC
1 BROAD ST, 07728
FREEHOLD, NJ 07728

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                              By: /s/ Emi Oyebade