| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>MARIA PINHO | Case No.:  21-15529<br><br>Adv. No.:<br><br>Hearing Date:  09/15/2022<br><br>Judge:  VFP |

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/23/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MARIA PINHO
134 ORCHARD STREET
GARFIELD, NJ  07026
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JOHN RICHARD VOORHEES, III
PATEL, SOLTIS & CARDENAS LLC
1 BROAD STREET
FREEHOLD, NJ  07728
Mode of Service:  ECF and/or Regular Mail

Dated:  August 23, 2022

By:  /S/  Jackie Michaels
Jackie Michaels