Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−15529−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Pinho
   134 Orchard Street
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−1955

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/21/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 21, 2022
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                Case No. 21-15529-VFP

Maria Pinho                                                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                         Page 1 of 3

Date Rcvd: Sep 21, 2022                              Form ID: 148                                  Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Pinho, 134 Orchard Street, Garfield, NJ 07026-2714 |
| 519256185 | | Bergen County Special Civil Court, 10 Main Street, Room 427, Hackensack, NJ 07601-7042 |
| 519306734 | + | DLJ Mortgage Capital, Inc, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 519256191 | | Simons Agency Inc, 4663 Wintersweet Drive, Liverpool, NY 13088 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Sep 21 2022 20:25:00 | Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 21 2022 20:25:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 21 2022 20:25:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519261589 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 20:26:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519289160 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2022 20:25:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519260346 | + | Email/Text: RASEBN@raslg.com | Sep 21 2022 20:25:00 | DLJ Mortgage Capital, Inc, RASC, PLLC, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 519256186 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2022 20:25:00 | Midland Funding LLC, 350 Camino De La Reina #100, San Diego, CA 92108-3007 |
| 519682998 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2022 20:25:00 | Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 519256188 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Assoc LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 519256187 | | Email/PDF: ebnotices@pnmac.com | Sep 21 2022 20:26:53 | Pennymac, PO Box 30597, Los Angeles, CA 90030-0597 |
| 519299879 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 20:26:58 | Resurgent Capital Services, PO Box 10587, |

Case 21-15529-VFP    Doc 63    Filed 09/23/22    Entered 09/24/22 00:16:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 148 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0587 |
| 519256189 | Email/Text: bkteam@selenefinance.com | | | |
| | | | Sep 21 2022 20:25:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 519256190 | Email/Text: bkteam@selenefinance.com | | | |
| | | | Sep 21 2022 20:25:00 | Selene Finance LP, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 519256192 | EDI: RMSC.COM | | | |
| | | | Sep 22 2022 00:18:00 | Synchrony Bank/JCP, Po Box 965002, Orlando, FL 32896-5002 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519669198 | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | DLJ Mortgage Capital, Inc, RASC, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519682999 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, c/o RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor DLJ Mortgage Capital Inc ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| John Richard Voorhees, III | on behalf of Debtor Maria Pinho bk@focusedlaw.com bk@focusedlaw.com;g35648@notify.cincompass.com;10440@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 21, 2022 | Form ID: 148 | Total Noticed: 20 |

Rebecca Ann Solarz
    on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor DLJ Mortgage Capital Inc sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11